**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HYDROXYL SYSTEMS, INC. and
INFILCO DEGREMONT, INC.,

Plaintiffs,

vs.

ANOXKALDNES GLOBAL A.B.,
ANOXKALDNES, INC. and
MICHAEL JOHNS,

Defendants.

Case No.: 07-399-ML-LDA

**RULE 7.1 DISCLOSURE STATEMENT OF HYDROXYL SYSTEMS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Hydroxyl Systems, Inc. hereby discloses that no publicly held corporation owns more than 10% of its stock.

Dated: October 25, 2007
Providence, Rhode Island

HYDROXYL SYSTEMS, INC.,
By its Attorneys,

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
gmillsom@apslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Rule 7.1 Disclosure Statement Of Hydroxyl Systems, Inc. through the ECF system on the 25th day of October, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-399-ML-LDA.

/s/ Geoffrey W. Millsom