**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HYDROXYL SYSTEMS, INC. and<br>INFILCO DEGREMONT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANOXKALDNES GLOBAL A.B.,<br>ANOXKALDNES, INC. and<br>MICHAEL JOHNS,<br><br>Defendants. | Case No.: 07-399-ML-LDA |

**RULE 7.1 DISCLOSURE STATEMENT OF INFILCO DEGREMONT, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Infilco Degremont, Inc. hereby discloses that its parent corporation is Degremont, S.A.. Degremont, S.A. is a wholly owned subsidiary of Suez Environment, S.A., which is a wholly owned subsidiary of Suez, S.A., a publicly held corporation.

Dated: October 25, 2007
Providence, Rhode Island

INFILCO DEGREMONT, INC.,
By its Attorneys,

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Rule 7.1 Disclosure Statement Of Infilco Degremont, Inc. through the ECF system on the 25th day of October, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-399-ML-LDA.

/s/ Geoffrey W. Millsom