UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HYDROXYL SYSTEMS, INC. and
INFILCO DEGREMONT, INC.

v. CA 07-399 ML

ANOXKALDNES GLOBAL A.B.,
ANOXKALDNES, INC. and
MICHAEL JOHNS

ORDER

This matter is before the Court on Defendant Anoxkaldnes Global A.B.'s Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiffs have not filed a response.

The Court will, therefore, treat the Motion as unopposed. The Motion to Dismiss is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 6 , 2008