UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HYDROXYL SYSTEMS, INC. and INFILCO DEGREMONT, INC. | : | |
| v. | : | C.A. No. 07-399-ML |
| ANOXKALDNES GLOBAL A.B., ANOXKALDNES, INC. and MICHAEL JOHNS | : | |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR PARTIAL VOLUNTARY DISMISSAL**

Plaintiffs Hydroxyl Systems, Inc. and Infilco Degremont, Inc. and Defendants AnoxKaldnes Global A.B., AnoxKaldnes, Inc. and Michael Johns, by and through their attorneys, hereby move for an extension of the deadline for Defendants to file an objection to Plaintiffs' Motion for Leave to File an Amended Complaint and for Partial Voluntary Dismissal. The current deadline is May 12, 2008 and the parties request an extension to and including May 19, 2008. The extension is necessary in order for the parties to finalize a stipulation that would resolve Plaintiffs' Motion without further briefing.

Dated: May 12, 2008

HYDROXYL SYSTEMS, INC. and
INFILCO DEGREMONT, INC.
By their Attorneys,

/s/ Geoffrey W. Millsom
Geoffrey W. Millsom, Esq. (#6483)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel. (401) 274-7200
Fax. (401) 351-4607/751-0604
gmillsom@apslaw.com

ANOXKALDNES GLOBAL A.B.
ANOXKALDNES, INC. and
MICHAEL JOHNS
By their Attorneys,

/s/ William R. Grimm
William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
wgrimm@haslaw.com

## CERTIFICATION

To:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

I hereby certify that on May 12, 2008, a copy of the foregoing Assented To Motion To Extend Time To File Objection To Plaintiffs' Motion For Leave To Amend Complaint And For Partial Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.

/s/ William R. Grimm
William R. Grimm

#898924