**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HYDROXYL SYSTEMS, INC. and INFILCO DEGREMONT, INC., Plaintiff, vs. ANOXKALDNES GLOBAL A.B., ANOXKALDNES, INC. and MICHAEL JOHNS, Defendants. | Case No.: 07-cv-00399 ML-LDA |

**STIPULATION**

WHEREAS, on April 24, 2008, Plaintiffs filed a Motion For Leave To Amend Complaint And For Partial Voluntary Dismissal (the "Motion"); and

WHEREAS, the Defendants have reviewed and considered the Motion, the undersigned parties have met and conferred regarding the Motion and are all desirous of resolving the Motion in a manner consistent with judicial economy,

NOW THEREFORE, it is hereby stipulated and agreed as follows:

1. Defendants do not object to the Motion insofar as it seeks leave from the Court to file an Amended Complaint. Accordingly, Plaintiff Hydroxyl Systems, Inc. may file an Amended Complaint in the form attached to the Motion. Counsel for Defendants will accept service of the Complaint on behalf of I. Kruger, Inc.

2. Infilco Degremont, Inc. ("IDI") agrees that the voluntary dismissal of its claims in this litigation shall be with prejudice, however, only to the extent that those claims arise out of or relate to the municipal wastewater treatment projects that were bid

on by both IDI and AnoxKaldnes, Inc. ("AK") and ultimately awarded to AK by the relevant awarding authorities for the facilities located at Field's Point, Rhode Island, James River, Virginia and Greensborough, North Carolina (the "Three Bids At Issue"). IDI represents that all the damages sought and claims pled by IDI in the Complaint arose exclusively out of the Three Bids At Issue and that IDI is aware of no other claims or causes of action that it presently has against any Defendant. To the extent that any claims pled by IDI in this litigation may be deemed to arise out of facts or circumstances other than the Three Bids At Issue, the dismissal is without prejudice.

3. Based on the conditions and representations set forth in paragraph 2, Defendants agree that IDI may voluntarily dismiss its claims with prejudice, each party to bear its own costs.

Dated: Providence, Rhode Island
May 13, 2008

| | |
|---|---|
| HYDROXYL SYSTEMS, INC. and<br>INFILCO DEGREMONT, INC.<br>By their Attorneys,<br><br>/s/ *Geoffrey W. Millsom*<br>Geoffrey W. Millsom (#6483)<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-2443<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607/751-0604<br>gmillsom@apslaw.com | ANOXKALDNES GLOBAL A.B.,<br>ANOXKALDNES, INC. and<br>MICHAEL JOHNS,<br>By their attorneys,<br><br>/s/ *William R. Grimm*<br>William R. Grimm (#1938)<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>Tel: (401) 274-2000<br>Fax: (401) 277-9600<br>wgrimm@haslaw.com |

SO ORDERED

________________________
Mary M. Lisi, U.S.D.J.

*453936_1.doc*