**EXHIBIT A**

**REPRESENTATION OF CONFIDENTIALITY**

I hereby acknowledge that I am to receive information and/or documents designated as CONFIDENTIAL and/or CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the terms of the Stipulation and Order entered on _____________ in an action entitled Hydroxyl Systems, Inc v. AnoxKaldnes, Inc, Michael Johns and I. Kruger, Inc, pending in the United States District Court for the District of Rhode Island.

I acknowledge receipt of a copy of the Stipulation and Order, and certify that I have read it and that I agree to be bound by the terms and restrictions set forth therein.

I further agree to submit to the jurisdiction of United States District Court for the District of Rhode Island in connection with the enforcement of this Representation of Confidentiality, and agree that this Representation may be enforced against me by the party whose information will be disclosed to me.

Signed under the pains and penalties of perjury this _____ day of _____________, 2008.

___________________________________
(Signature)

___________________________________
(Title or Position)

#899729v1